IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

**CARLOS P. SANTIAGO TORRES**
**WALESKA RIVERA CRUZ**
Debtor(s)

CASE NUMBER: 11-06802 BKT

CHAPTER 13 (ASSET CASE)

**MOTION REQUESTING THE CONTINUANCE OF THE AUTOMATIC STAY**

**TO THE HONORABLE COURT:**

COMES now Debtor(s) represented by the undersigned counsel and respectfully Allege(s) and Pray(s) as follows:

1. The Debtors move the court to enter an order for continuance of the automatic stay provided under s 362 (a). In support of this motion, the Debtor states as follows:

2. Debtors have one prior bankruptcy within one year from the filing of the instant case and respectfully request the stay be continued in regards with his creditors based on the following circumstances:

a) They couldn't make the payments due to the fact that debtor's spouse had medical problems. Debtors believe their income is back to normal. He returned to his job and she obtained the Social Security income and now they will be able to comply with the payment schedule plan.

b) Debtors are fully aware that the bankruptcy is a privilege and he needs a chance to provide he can reorganize their finance by completing with their payment schedule plan, this in order to retain their vehicle which is their only means of transportation.

**WHEREFORE,** the Debtors respectfully requested from this Honorable Court to continue the automatic stay under Section 362(a) as to all Creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under s 362(c)(1) or (c)(2) or a motion for relief is granted under s 362(d).

**NOTICE:** "Parties in interest are hereby granted fourteen (14) days from the date of this notice to request hearing. If no opposition is filed within the prescribed period of time the Court will enter an order granting the motion upon the filing of a certificate by the movant that adequate notice was given. Should an opposition be timely filed the Court will schedule the motion for a hearing as a contested matter. Absent good cause, untimely rejections should be denied."

In San Juan, Puerto Rico, this 16th, day of August 2011.

**RESPECTFULLY SUBMITTED.**

*/s/Marilyn Valdes Ortega*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**11-06382-13 Notice will be electronically mailed to:**

JOSE RAMON CARRION MORALES
newecfmail@ch13-pr.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

MARILYN VALDES ORTEGA on behalf of Debtor
valdeslaw@prtc.net

**I HEREBY CERTIFY:** That I have mailed by regular mail to all creditors listed.

**11-06382-13 Notice will not be electronically mailed to:**

AEELA
PO BOX 364508
SAN JUAN, PR   00936-4508

AXESA SERVICIOS DE INFORMACION
1001 SAN ROBERTO STREET, SUITE 500
RIO PIEDRAS, PR   00926

BANCO POPULAR DE PR
PO BOX 366818
SAN JUAN, PR   00936-6818

BUFETE JULIETTE DONATO BOFIL
GARDENS HILLS PLAZA MSC 357
1353 CARR 19
GUAYNABO, PR   00966-2700

CENTENNIAL DE PUERTO RICO
PO BOX 71333
SAN JUAN, PR   00936

CITIBANK
PO BOX 6500
SIOUX FALLS, SD   57117

CITIFINANCIAL
PO BOX 71587
SAN JUAN, PR   00936

COOP A/C ORIENTAL
PO BOX 876
HUMACAO, PR   00792

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR   00902

DEPARTAMENTO DEL TRABAJO
AVE. MUÑOZ RIVERA 505
HATO REY, PR   00918

EURO LEASE
A DIVISION EUROBANK
PO BOX 192099
SAN JUAN, PR   00919-2099

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR   00902-0192

FIRST BANK
PO BOX 13817
SAN JUAN, PR   00908-3817

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA   19101-7346

INTERNAL REVENUE SERVICE
PO BOX 21125
PHILADELPHIA, PA   19114

MUEBLERIAS BERRIOS
PO BOX 674
CIDRA, PR   00739-0674

PRA RECEIVABLES MANAGEMENT LLC
PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 12914
NORFOLK, VA   23541

PREFERRED CREDIT INC
PO BOX 1970
SAINT CLOUD, MN   56302-1970

PREPA
PO BOX 364267
SAN JUAN, PR   00936

RELIABLE FINANCIAL SERVICES
9615 AVE LOS ROMEROS, SUITE 1100
URB MONTEHIEDRA
SAN JUAN, PR   00926

ROSA E. CRUZ
PO BOX 2
RIO GRANDE, PR   00745

ROUNDUP FUNDING LLC
MS 550
PO BOX 91121
SEATTLE, WA   98111-9221

SEARS CREDIT CARDS
PO BOX 183081
COLUMBUS, OH   43218-3081